# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19
BROOKLYN OFFICE

Re:  MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Jack B. Weinstein
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerk:      Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY     2006

FILED
CLERK'S OFFICE

## *DOCKET NO. 1596*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-49)*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Case 3:05-cv-04892-MJJ    Document 8    Filed 09/01/06    Page 3 of 13
Case 1:04-md-01596-JBW-RLM    Document 567    Filed 05/19/2006    Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST, DIV. C.A. #               CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829  Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830  Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832  Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833  James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892  Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895  Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902  Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908  Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009  Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011  Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013  Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029  Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032  Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033  Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074  Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077  Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078  Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093  David Strawn v. Eli Lilly & Co.
CAN 3  05-5094  Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096  Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149  Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150  Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152  Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153  Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266  Duane Long v. Eli Lilly & Co.
CAN 3  05-5267  Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268  Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269  Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31  Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35  Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40  Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41  Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248  Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252  Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253  Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894  Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895  Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896  Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897  Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898  Celita Finney v. Eli Lilly & Co.
CAN 3  06-899  Duane Windom v. Eli Lilly & Co.
CAN 3  06-900  Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901  Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903  Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904  Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905  Della Collins v. Eli Lilly & Co.
CAN 3  06-952  Constance Heg v. Eli Lilly & Co.
CAN 3  06-955  Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956  Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957  Linda Wright v. Eli Lilly & Co.
CAN 3  06-958  Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050  Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051  Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052  Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053  Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054  Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056  Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057  Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058  Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060  Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061  Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062  Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063  Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064  Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076  Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077  Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078  Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079  Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080  Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~  ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082  Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083  Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084  Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085  Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086  Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088  Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090  Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091  Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093  Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096  Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099  James Fraser v. Eli Lilly & Co.
CAN 3  06-1100  Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103  Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106  Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108  Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110  Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111  Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112  Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113  Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116  Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117  Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118  Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119  Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122  James Thomas v. Eli Lilly & Co.
CAN 3  06-1123  Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124  Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125  Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126  James Arns v. Eli Lilly & Co.
CAN 3  06-1127  Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128  Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129  Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131  James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132  Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133  Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134  Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135  Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155  Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156  Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158  William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159  Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160  U++A      Yash Kapur v. Eli Lilly & Co. U++A
CAN 3  06-1161  MH+P      Doreen Bell v. Eli Lilly & Co. MH+P
CAN 3  06-1162  JSW       William O'brien v. Eli Lilly & Co.
CAN 3  06-1163  MM C-     Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164 SC         Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168  MH+P      Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170  PJH       Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171 MMC        Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172 SI         Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174  PJH       David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175 SC         Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178~~        ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179 JIW        Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180 CW         Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182 SC         Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184 JSW        Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185 MJS        Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186  TEH       Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187 SC         Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188  PJH       Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190 SBA        Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194 TEH        Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195 MJS        Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198 MJS        Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199 TE H       Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200~~        ~~Gould Mcclarry v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201 SI         Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202 SBA        Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204 MJS        Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206 MH+        Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207 MH+P       Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209 TEH        Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230 MMC        John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231 PJH        Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232 JSW        Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233 PJH        Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235 MJS        Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236 PJH        Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237 MJS        Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239 MMC        Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240 TEH        Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241 MH+P       Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242 U++A       Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244 EDL        Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245 MJS        Cox v. Eli Lilly & Co.
CAN 3  06-1246 U++A       Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263 U++A       William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267 SC         Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269 SI         Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270 MMC        Rivers v. Eli Lilly & Co.
CAN 3  06-1273 U++A       Marianne Capelie, et al. v. Eli Lilly & Co.
CAN 3  06-1274 JSW        Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281 JSW        Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282 SC         Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293 SI         Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294 JSW        Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297 TEH        Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299 SC         Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308~~        ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 6 of 9

CAN 3  06-1487 *PJH*         Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489 *WHw*         William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 *MJJ*         Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 *MMC*         Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 *MHP*         David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 *SC*          Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 *JSW*         Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 *MJJ*         Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 *JSW*         Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 *SC*          Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 *SC*          Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~           ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533 *JSW*         Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~           ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537 *MJJ*         Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 *MMC*         Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 *MMC*         Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 *TEH*         Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 *MJJ*         William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 *JSW*         Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 *MMC*         Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 *SC*          Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 *WHA*         Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 *MHP*         Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 *SI*          Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 *SI*          Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 *PJH*         Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 *PJH*         Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 *SC*          Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 *WHA*         David Bell v. Eli Lilly & Co.
CAN 3  06-1563 *JSW*         Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 *PJH*         Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 *MMC*         Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 *WHA*         Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 *MHP*         Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 *MJJ*         Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 *SI*          Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 *SI*          Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 *SI*          Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 *CW*          Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 *SI*          Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 *SI*          Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 *SI*          Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 *SI*          Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 *SI*          Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 *SI*          Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~           ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627 *SI*          Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 *SI*          Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 *SI*          James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 *SI*          Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 *EMC*         Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 *MHP*         Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 *MHP*         Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 *SC*          James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 *SI*          Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 *MMC*         Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 SC         Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 JSW        Carol S. Buvoltz v. Eli Lilly & Co.
CAN 3  06-1708 ―――――      ―Gerald L. Fletcher v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1709 SI         Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 WHA        Beverly Sikora, et al. v. Eli Lilly & Co.
CAN 3  06-1757 ―――――      Linda L. Nevei v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1758 SC         Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 MHT        Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 SI         Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 MJJ        Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 MJJ        Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 SC         Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 WHA        Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 PJH        Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 MJJ        Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 PJH        Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 MJJ        Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 SI         Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 JSW        Jorenda Bolden v. Eli Lilly & Co.
CAN 3  06-2038 ―――――      Helene M. Lotka v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-2188 ―――――      Timothy Johnson, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2283 WHA        Johnnena Washington v. Eli Lilly & Co.
CAN 3  06-2385 ―――――      Russel Woodrow, et al. v. Eli Lilly & Co. Opposed 5/17/06
CAN 3  06-2386 ―――――      John Grant, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2398 MHT        Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 MJJ        Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 JSW        Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 JSW        David Engstrom, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2489 ―――――      Andra Alexander, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2609 MJJ        Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831           Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894           Tonya Alexander v. Eli Lilly & Co.
CAN 4  05-5097 ―――――      Cynthia Akins, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  05-5098 ―――――      Shannon La' Rocque v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  05-5099           Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148           Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151           Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291           Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292           Denine Cook v. Eli Lilly & Co.
CAN 4  06-8              Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39             Viola Ward v. Eli Lilly & Co.
CAN 4  06-250            David Sensenig v. Eli Lilly & Co.
CAN 4  06-893            George Carmack v. Eli Lilly & Co.
CAN 4  06-906            Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954            Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973            Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974            Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977            Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980            Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985            Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988            Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993            Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022           Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030           John Luthy v. Eli Lilly & Co.
CAN 4  06-1032           James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038           Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048           Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055           Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059           Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                          PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | |
|---|---|
| CAN 4  06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4  06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4  06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4  06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4  06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4  06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4  06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Phyllis J. Hamilton'
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489